# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: E.D. SIEBERT TRUCKING SERVICE, INC. § Case No. 12-48209-BWB | |
| § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 07, 2012. The undersigned trustee was appointed on December 07, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $           145,993.30

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,866.24 |
| Bank service fees | 4,594.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]            $ | 126,532.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/17/2013 and the deadline for filing governmental claims was 04/17/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,549.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,549.67, for a total compensation of $10,549.67.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  
**Period Ending:** 05/26/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/07/12 (f)  
**§341(a) Meeting Date:** 01/10/13  
**Claims Bar Date:** 04/17/13

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOCATION: 8748 S ILLINOIS ROUTE 53 | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 2 | BANK OF AMERICA | Unknown | Unknown | | 3,977.76 | FA |
| 3 | CHASE BANK | 639.00 | 639.00 | | 598.74 | FA |
| 4 | FIRST MIDWEST BANK/PAYROLL ACCOUNT | 1,300.00 | 1,300.00 | | 1,259.80 | FA |
| 5 | ARGONNE NAT'L LAB | 6,715.13 | 6,715.13 | | 0.00 | FA |
| 6 | B&B CONSTRUCTION & ESCAVATING | 2,432.27 | 2,432.27 | | 0.00 | FA |
| 7 | BOYER-ROSENE STORAGE & MOVING | 423.80 | 423.80 | | 0.00 | FA |
| 8 | B.K. BRICK CO | 221.93 | 221.93 | | 0.00 | FA |
| 9 | CROSSROADS COMMUNITY CHURCH | 1,187.04 | 1,187.04 | | 0.00 | FA |
| 10 | DOWNERS GROVE SANITARY DISTRICT | 822.33 | 822.33 | | 0.00 | FA |
| 11 | GREEN GRASS, INC. | 1,280.82 | 1,280.82 | | 0.00 | FA |
| 12 | HINSBROOK LANDSCAPING INC. | 135.00 | 135.00 | | 0.00 | FA |
| 13 | HINSDALE GARDEN SUPPLY | 259.90 | 259.90 | | 0.00 | FA |
| 14 | HINSDALE NURSERIES, INC | 3,636.65 | 3,636.65 | | 0.00 | FA |
| 15 | HOME LANDSCAPTE MATERIALS IN.C | 2,247.95 | 2,247.95 | | 0.00 | FA |
| 16 | HUNTER PAVING & ESCAVATING | 5,955.23 | 5,955.23 | | 0.00 | FA |
| 17 | INTREN, INC. | 406.37 | 406.37 | | 0.00 | FA |
| 18 | SIEVERS & STEVENS CONST CO INC. | 1,774.24 | 1,774.24 | | 0.00 | FA |
| 19 | TAMELING INDUSTRIES INC. | 3,021.62 | 3,021.62 | | 0.00 | FA |
| 20 | WLR INC. | 1,291.98 | 1,291.98 | | 0.00 | FA |
| 21 | VILLAGE OF WESTERN SPRINGS | 788.07 | 788.07 | | 0.00 | FA |
| 22 | WESTMONT WATER DEPT | 1,402.48 | 1,402.48 | | 0.00 | FA |
| 23 | VILLAGE OF WILLOWBROOK | 496.80 | 496.80 | | 0.00 | FA |
| 24 | YORK TOWNSHIP HWY DEPT | 800.40 | 800.40 | | 0.00 | FA |
| 25 | G&G LAWN CARE | 1,467.98 | 1,467.98 | | 0.00 | FA |
| 26 | ELMHURST CHICAGO STONE CO | 61,640.41 | 61,640.41 | | 0.00 | FA |
| 27 | ILLINOIS BENEDICTINE UNIVERSITY | 181.60 | 181.60 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/07/12 (f)  
**§341(a) Meeting Date:** 01/10/13

**Period Ending:** 05/26/15

**Claims Bar Date:** 04/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | JOHNS SEWER & WATER CO | 2,813.31 | 2,813.31 | | 0.00 | FA |
| 29 | KEENAN CONCRETE | 1,212.75 | 1,212.75 | | 0.00 | FA |
| 30 | PINNACLE LAND CREATIONS | 1,030.13 | 1,030.13 | | 0.00 | FA |
| 31 | QUINCY STREET STATION | 1,630.45 | 1,630.45 | | 0.00 | FA |
| 32 | JOHN HANCOCK LIFE INS POLICY | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 33 | SECURA | Unknown | Unknown | | 11,027.00 | FA |
| 34 | POSSIBLE REFUND FROM WORKER'S COMP | Unknown | Unknown | | 0.00 | FA |
| 35 | POTENTIAL PROCEEDS FROM SALE OF NET OPERATING LO | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 36 | OFFICE FURNITURE | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 37 | FURNISHINGS/SUPPLIES/LOCATION 8748 S IL RTE 53 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 38 | TRACTORS | 110,000.00 | 110,000.00 | | 53,050.00 | FA |
| 39 | TRAILERS | 99,000.00 | 99,000.00 | | 53,050.00 | FA |
| 40 | 1996 DODGE RAM 3500 SVC TRUCK | 8,500.00 | 8,500.00 | | 6,000.00 | FA |
| 41 | 1982 GMC TIRE SVC TURCK | Unknown | Unknown | | 0.00 | FA |
| 42 | ANCILLARY TRUCK | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 43 | 1968 HOUGH 90 RUBBER TIRE LOADER | Unknown | Unknown | | 5,500.00 | FA |
| 44 | MACHINER/FIXTURES | Unknown | Unknown | | 11,530.00 | FA |
| 45 | POSSIBLE PREFERENCE ACTIONS  (u) | Unknown | 0.00 | | 0.00 | FA |
| 45 | **Assets** Totals (Excluding unknown values) | **$428,015.64** | **$428,015.64** | | **$145,993.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL TAX RETURN BEING PREPARED; FINAL TO FOLLOW

COUNSEL EMPLOYED; AUCTIONEER EMPLOYED AND PROCEEDING TO LIQUIDATE ASSETS; PROCEEDING TO COLLECT POSSIBLE FREFERENCE ACTIONS;

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/07/12 (f)  
**§341(a) Meeting Date:** 01/10/13  

**Period Ending:** 05/26/15

**Claims Bar Date:** 04/17/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014   **Current Projected Date Of Final Report (TFR):** June 30, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  
**Taxpayer ID #:** **-***8278  
**Period Ending:** 05/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/17/13 | {3} | E.D. SIEBERT TRUCKING SERVICE INC. | TURNOVER OF BANK BALANCE | 1129-000 | 598.74 | | 598.74 |
| 01/17/13 | {2} | E.D. SIEBERT TRUCKING SERVICE, INC. | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 2,994.69 | | 3,593.43 |
| 01/17/13 | {33} | SECURA INSURANCE COMPANIES | INSURANCE PROCEEDS | 1129-000 | 11,027.00 | | 14,620.43 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,610.43 |
| 02/06/13 | 101 | ROBERT WEHN & ASSOCIATES, INC. | INSURANCE /LIMITED LIABILITY | 2420-750 | | 1,272.00 | 13,338.43 |
| 02/28/13 | 102 | ROBERT WEHN & ASSOCIATES | COMPREHENSIVE AUTO THREE MONTH POLICY | 2420-750 | | 2,942.00 | 10,396.43 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.69 | 10,377.74 |
| 03/18/13 | 103 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 47.90 | 10,329.84 |
| 03/19/13 | {2} | E.D. SIEBERT TRUCKING SERVICE INC. | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 983.07 | | 11,312.91 |
| 03/19/13 | {4} | ED SIEBERT TRUCKING SERVICE | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 1,259.80 | | 12,572.71 |
| 03/28/13 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF EQUIPMENT | | 129,130.00 | | 141,702.71 |
| | {43} | | AUCTION OF 1968 HOUGH    5,500.00 | 1129-000 | | | 141,702.71 |
| | {40} | | AUCTION OF DODGE    6,000.00 | 1129-000 | | | 141,702.71 |
| | {44} | | AUCTION OF EQUIPMENT/PARTS/ETC    11,530.00 | 1129-000 | | | 141,702.71 |
| | {38} | | AUCTION OF TRACTORS    53,050.00 | 1129-000 | | | 141,702.71 |
| | {39} | | AUCTION OF TRAILERS    53,050.00 | 1129-000 | | | 141,702.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 141,686.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.37 | 141,468.97 |
| 05/09/13 | 104 | DON DODGE | EXPENSES TO AUCTIONEER | 3620-000 | | 10,374.77 | 131,094.20 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.81 | 130,894.39 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.71 | 130,718.68 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.82 | 130,511.86 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.72 | 130,324.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.20 | 130,142.94 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.92 | 129,937.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.43 | 129,762.59 |

Subtotals :    $145,993.30    $16,230.71

{} Asset reference(s)    Printed: 05/26/2015 01:22 PM    V.13.21

Case 12-48209    Doc 35    Filed 07/16/15    Entered 07/16/15 15:09:54    Desc Main
Document      Page 7 of 13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  
**Taxpayer ID #:** **-***8278  
**Period Ending:** 05/26/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.31 | 129,557.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.55 | 129,364.73 |
| 02/03/14 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-48209, BOND#016026455 | 2300-000 | | 108.52 | 129,256.21 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.61 | 129,082.60 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.47 | 128,903.13 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.78 | 128,705.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.12 | 128,520.23 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.69 | 128,341.54 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.07 | 128,138.47 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.16 | 127,960.31 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.32 | 127,763.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.89 | 127,574.10 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.14 | 127,408.96 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.70 | 127,201.26 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.95 | 127,018.31 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 121.05 | 126,897.26 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -121.05 | 127,018.31 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 123.23 | 126,895.08 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -123.23 | 127,018.31 |
| 02/26/15 | 108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 | 2300-000 | | 121.05 | 126,897.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.51 | 126,726.75 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.54 | 126,532.21 |

Subtotals :     $0.00     $3,230.38

{} Asset reference(s)                                            Printed: 05/26/2015 01:22 PM     V.13.21

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  

**Taxpayer ID #:** **-***8278  
**Period Ending:** 05/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 145,993.30 | 19,461.09 | $126,532.21 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 145,993.30 | 19,461.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$145,993.30** | **$19,461.09** | |

Net Receipts :     145,993.30  
Net Estate :       $145,993.30

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9266** | 145,993.30 | 19,461.09 | 126,532.21 |
| | $145,993.30 | $19,461.09 | $126,532.21 |

{} Asset reference(s)                                         Printed: 05/26/2015 01:22 PM    V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 17, 2013

**Case Number:** 12-48209-BWB  
**Debtor Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

Page: 1

**Date:** May 26, 2015  
**Time:** 01:22:24 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $10,549.67 | $0.00 | 10,549.67 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $14,704.30 | $0.00 | 14,704.30 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $77.75 | $0.00 | 77.75 |
| ADMIN4 200 | Law Offices of William J. Factor<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $925.00 | $0.00 | 925.00 |
| 3P 570 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $35,660.41 | $0.00 | 35,660.41 |
| 1 610 | Sub'n Teamsters of N. IL Welfare<br>and Pension Funds/John J Toomey, Esq,<br>Chicago, IL 60604 | Unsecured | | $257,382.51 | $0.00 | 257,382.51 |
| 2 610 | Sub'n Teamsters of N. IL Pension<br>John J. Toomey, Esq.,,c/o Sub.<br>Teamsters, Arnold and Kajkan,203 N. LaSa<br>Chicago, IL 60604 | Unsecured | | $1,256,159.00 | $0.00 | 1,256,159.00 |
| 3U 610 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $14,516.75 | $0.00 | 14,516.75 |
| 4 610 | Avalon Petroleum Company<br>200 E. Court St., Ste 720<br>Kankakee, IL 60901 | Unsecured | | $13,289.50 | $0.00 | 13,289.50 |
| 5 -2 610 | Estate of Emil D. Siebert<br>8S454 College Rd.<br>Naperville, IL 60565 | Unsecured | | $126,054.53 | $0.00 | 126,054.53 |
| 6 610 | Domestic Linen Supply & Laundry Co. Inc.<br>30555 Northwestern Highway Ste 300<br>Attn: M Colton<br>Farmington Hills, MI 48334 | Unsecured | | $3,693.69 | $0.00 | 3,693.69 |
| 7 610 | Illinois Department of Revenue Bankruptcy<br>Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $60.00 | $0.00 | 60.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 17, 2013

**Case Number:** 12-48209-BWB  
**Debtor Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

Page: 2

**Date:** May 26, 2015  
**Time:** 01:22:24 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610 | Tom R. Tesinsky<br>630 Virginia Ct.<br>Naperville, IL 60540 | Unsecured | | $5,000.00 | $0.00 | 5,000.00 |
| 9<br>610 | Elmhurst-Chicago Stone Co.<br>P.O. Box 57<br>Elmhurst, IL 60126 | Unsecured | | $414,018.09 | $0.00 | 414,018.09 |
| 10<br>610 | Helen Siebert<br>8S454 College Rd.<br>Naperville, IL 60565 | Unsecured | | $109,469.06 | $0.00 | 109,469.06 |
| 11<br>610 | Bernidine Gonda<br>8S454 College Rd.<br>Naperville, IL 60565 | Unsecured | | $90,500.00 | $0.00 | 90,500.00 |
| 12<br>610 | Bernidine Gonda<br>8S454 College Rd.<br>Naperville, IL 60565 | Unsecured | DUPLICATE CLAIM | $0.00 | $0.00 | 0.00 |
| 13<br>610 | Julie Gonda<br>8S454 College Rd.<br>Naperville, IL 60565 | Unsecured | | $140,200.00 | $0.00 | 140,200.00 |
| **<< Totals >>** | | | | 2,492,260.26 | 0.00 | 2,492,260.26 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-48209-BWB
Case Name: E.D. SIEBERT TRUCKING SERVICE, INC.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 126,532.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 126,532.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 10,549.67 | 0.00 | 10,549.67 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 925.00 | 0.00 | 925.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 14,704.30 | 0.00 | 14,704.30 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 77.75 | 0.00 | 77.75 |

Total to be paid for chapter 7 administration expenses: $ 26,256.72
Remaining balance: $ 100,275.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 100,275.49

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,660.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of the Treasury | 35,660.41 | 0.00 | 35,660.41 |
| | Total to be paid for priority claims: | | $ | 35,660.41 |
| | Remaining balance: | | $ | 64,615.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,430,343.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sub'n Teamsters of N. IL Welfare | 257,382.51 | 0.00 | 6,842.98 |
| 2 | Sub'n Teamsters of N. IL Pension | 1,256,159.00 | 0.00 | 33,397.27 |
| 3U | Department of the Treasury | 14,516.75 | 0.00 | 385.95 |
| 4 | Avalon Petroleum Company | 13,289.50 | 0.00 | 353.33 |
| 5 -2 | Estate of Emil D. Siebert | 126,054.53 | 0.00 | 3,351.39 |
| 6 | Domestic Linen Supply & Laundry Co. Inc. | 3,693.69 | 0.00 | 98.20 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 60.00 | 0.00 | 1.60 |
| 8 | Tom R. Tesinsky | 5,000.00 | 0.00 | 132.93 |
| 9 | Elmhurst-Chicago Stone Co. | 414,018.09 | 0.00 | 11,007.42 |
| 10 | Helen Siebert | 109,469.06 | 0.00 | 2,910.43 |
| 11 | Bernidine Gonda | 90,500.00 | 0.00 | 2,406.11 |
| 12 | Bernidine Gonda | 0.00 | 0.00 | 0.00 |
| 13 | Julie Gonda | 140,200.00 | 0.00 | 3,727.47 |
| | Total to be paid for timely general unsecured claims: | | $ | 64,615.08 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**