**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: E.D. SIEBERT TRUCKING SERVICE, INC. | § | Case No. 12-48209-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 08/28/2015 in Courtroom        , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/20/2015        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: E.D. SIEBERT TRUCKING SERVICE, INC.   §   Case No. 12-48209-BWB
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 145,993.30 |
| *and approved disbursements of* | $ 19,461.09 |
| *leaving a balance on hand of* [1] | $ 126,532.21 |
| **Balance on hand:** | $ 126,532.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 126,532.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 10,549.67 | 0.00 | 10,549.67 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 925.00 | 0.00 | 925.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 14,704.30 | 0.00 | 14,704.30 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 77.75 | 0.00 | 77.75 |

Total to be paid for chapter 7 administration expenses:   $ 26,256.72
Remaining balance:   $ 100,275.49

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 100,275.49 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,660.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of the Treasury | 35,660.41 | 0.00 | 35,660.41 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 35,660.41 |
| Remaining balance: | $ | 64,615.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,430,343.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sub'n Teamsters of N. IL Welfare | 257,382.51 | 0.00 | 6,842.98 |
| 2 | Sub'n Teamsters of N. IL Pension | 1,256,159.00 | 0.00 | 33,397.27 |
| 3U | Department of the Treasury | 14,516.75 | 0.00 | 385.95 |
| 4 | Avalon Petroleum Company | 13,289.50 | 0.00 | 353.33 |
| 5 -2 | Estate of Emil D. Siebert | 126,054.53 | 0.00 | 3,351.39 |
| 6 | Domestic Linen Supply & Laundry Co. Inc. | 3,693.69 | 0.00 | 98.20 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 60.00 | 0.00 | 1.60 |
| 8 | Tom R. Tesinsky | 5,000.00 | 0.00 | 132.93 |
| 9 | Elmhurst-Chicago Stone Co. | 414,018.09 | 0.00 | 11,007.42 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Helen Siebert | 109,469.06 | 0.00 | 2,910.43 |
| 11 | Bernidine Gonda | 90,500.00 | 0.00 | 2,406.11 |
| 12 | Bernidine Gonda | 0.00 | 0.00 | 0.00 |
| 13 | Julie Gonda | 140,200.00 | 0.00 | 3,727.47 |

Total to be paid for timely general unsecured claims: $ 64,615.08
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-48209-BWB
E.D. Siebert Trucking Service Inc.                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: esullivan              Page 1 of 2              Date Rcvd: Jul 20, 2015
                                Form ID: pdf006              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2015.
```
db              E.D. Siebert Trucking Service Inc.,    8748 S. Illinois Route 53,   Naperville, IL  60565
aty            +William J Factor,   105 W. Maidson,   Suite 1500,   Chicago, IL 60602-4602
19786576       +Avalon Petroleum,   7326 Eagle St.,   Chicago, IL 60678-1073
20003162       +Avalon Petroleum Company,   200 E. Court St., Ste 720,   Kankakee, IL 60901-3856
19786577       +Bank of America,   Attn: Bankruptcy, P.O. Box 26012,   Greensboro, NC 27420-6012
19786578      #+Bernidine Gonda,   8S454 College Rd.,   Naperville, IL 60565-6720
19786579       +Chase Bank Line of Credit,   PO Box 659732,   San Antonio, TX 78265-9732
19786582       +E. Donald Siebert, Executor,   1404 Larsen Lane,   Naperville, IL 60563-8543
19786583       +Elmhurst Chicago Stone Co.,   P.O. Box 57,   Elmhurst, IL 60126-0057
19786584       +Estate of Emil D. Siebert,   Sara E. Cook c/o McKenna Storer,   666 Russel Court, #303,
                 Woodstock, IL 60098-2672
20350604       +Estate of Emil D. Siebert,   8S454 College Rd.,   Naperville, IL 60565-6720
19786585       +Estate of Emil Siebert,   1404 Larsen Lane,   Naperville, IL 60563-8543
19786586       +Helen Siebert,   8S454 College Rd.,   Naperville, IL 60565-6720
19786587       +Hunter Paving & Excavating,   751 N. Bolingbrook Dr.,   Unit 3C,   Bolingbrook, IL 60440-5303
19786588       +IL Sec State Vehicle Svcs. Dept.,   501 S. 2nd St.,   Rm. 300 Howlett Bldg.,
                 Springfield, IL 62756-7000
19786589      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,   PO Box 19035,
                 Springfield, IL 62794)
20082642        Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
19786591      #+Julie Gonda,   8S454 College Rd.,   Naperville, IL 60565-6720
19786592       +McKenna Storer,   33 N. LaSalle St.,   Suite 1400,   Chicago, IL 60602-2610
19786595       +Sub’n Teamsters of N. IL Pension,   John J. Toomey, Esq.,
                 c/o Sub. Teamsters, Arnold and Kajkan,   203 N. LaSalle St. Ste 1650,   Chicago, IL 60601-1257
19786596       +Sub’n Teamsters of N. IL Welfare,   and Pension Funds/John J Toomey, Esq,   Arnold and Kadjan,
                 203 N LaSalle Street, Ste 1650,   Chicago, IL 60601-1257
19786597       +Tire Services, Inc.,   5245 W. 73rd St.,   Bedford Park, IL 60638-6615
19786598      #+Tom R. Tesinsky,   630 Virginia Ct.,   Naperville, IL 60540-7119
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19786575       +E-mail/Text: g17768@att.com Jul 21 2015 03:47:28     AT&T,   PO Box 5014,
                 Carol Stream, IL 60197-5014
19786580       +E-mail/Text: legalcollections@comed.com Jul 21 2015 03:49:37     Commonwealth Edison,
                 PO Box 6111,   Carol Stream, IL 60197-6111
19786590        E-mail/Text: cio.bncmail@irs.gov Jul 21 2015 03:47:47     Department of the Treasury,
                 Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
20082142       +E-mail/Text: mcolton@domesticuniform.com Jul 21 2015 03:49:52
                 Domestic Linen Supply & Laundry Co. Inc.,   30555 Northwestern Highway Ste 300,
                 Attn: M Colton,   Farmington Hills, MI 48334-3160
19786581       +E-mail/Text: mcolton@domesticuniform.com Jul 21 2015 03:49:52     Domestic Linen Supply co.,
                 4131 N. Ravenswood,   Chicago, IL 60613-1888
19786593       +E-mail/Text: bankrup@aglresources.com Jul 21 2015 03:47:18     Nicor Gas,   P.O. Box 0632,
                 Aurora, IL 60507-0632
19786594       +E-mail/Text: appebnmailbox@sprint.com Jul 21 2015 03:48:15     Sprint,   P.O. Box 8077,
                 London, KY 40742-8077
                                                                                             TOTAL: 7
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Office of William J. Factor, Ltd.
20347410*      +Elmhurst-Chicago Stone Co.,   P.O. Box 57,   Elmhurst, IL 60126-0057
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Jul 20, 2015
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2015 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sara E. Cook    on behalf of Debtor   E.D. Siebert Trucking Service Inc. debtor@mckenna-law.com,
           lpalma@mckenna-law.com;bankruptcy@mckenna-law.com
          Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
          Thomas B Sullivan    on behalf of Accountant    Alan D. Lasko & Associates, P.C.
           tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                             TOTAL: 5
```