# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: E.D. SIEBERT TRUCKING SERVICE, INC.  § Case No. 12-48209-BWB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $208,576.64         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $100,275.49     Claims Discharged
                                                 Without Payment: $2,347,090.19

Total Expenses of Administration: $45,717.81

3) Total gross receipts of $ 145,993.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $145,993.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,717.81 | 45,717.81 | 45,717.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 16,437.96 | 16,437.96 | 16,437.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,521,427.72 | 2,430,927.72 | 83,837.53 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,583,583.49 | $2,493,083.49 | $145,993.30 |

  4) This case was originally filed under Chapter 7 on December 07, 2012. The case was pending for 43 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/23/2016  By: /s/THOMAS B. SULLIVAN, TRUSTEE
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK OF AMERICA | 1129-000 | 3,977.76 |
| CHASE BANK | 1129-000 | 598.74 |
| FIRST MIDWEST BANK/PAYROLL ACCOUNT | 1129-000 | 1,259.80 |
| SECURA | 1129-000 | 11,027.00 |
| TRACTORS | 1129-000 | 53,050.00 |
| TRAILERS | 1129-000 | 53,050.00 |
| 1996 DODGE RAM 3500 SVC TRUCK | 1129-000 | 6,000.00 |
| 1968 HOUGH 90 RUBBER TIRE LOADER | 1129-000 | 5,500.00 |
| MACHINER/FIXTURES | 1129-000 | 11,530.00 |
| **TOTAL GROSS RECEIPTS** | | **$145,993.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 10,549.67 | 10,549.67 | 10,549.67 |
| Alan D. Lasko | 3410-000 | N/A | 14,704.30 | 14,704.30 | 14,704.30 |
| Alan D. Lasko | 3420-000 | N/A | 77.75 | 77.75 | 77.75 |
| Law Offices of William J. Factor | 3210-000 | N/A | 925.00 | 925.00 | 925.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ROBERT WEHN & ASSOCIATES, INC. | 2420-750 | N/A | 1,272.00 | 1,272.00 | 1,272.00 |
| ROBERT WEHN & ASSOCIATES | 2420-750 | N/A | 2,942.00 | 2,942.00 | 2,942.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.69 | 18.69 | 18.69 |
| UPS | 2990-000 | N/A | 47.90 | 47.90 | 47.90 |
| Rabobank, N.A. | 2600-000 | N/A | 16.37 | 16.37 | 16.37 |
| Rabobank, N.A. | 2600-000 | N/A | 217.37 | 217.37 | 217.37 |
| DON DODGE | 3620-000 | N/A | 10,374.77 | 10,374.77 | 10,374.77 |
| Rabobank, N.A. | 2600-000 | N/A | 199.81 | 199.81 | 199.81 |
| Rabobank, N.A. | 2600-000 | N/A | 175.71 | 175.71 | 175.71 |
| Rabobank, N.A. | 2600-000 | N/A | 206.82 | 206.82 | 206.82 |
| Rabobank, N.A. | 2600-000 | N/A | 187.72 | 187.72 | 187.72 |
| Rabobank, N.A. | 2600-000 | N/A | 181.20 | 181.20 | 181.20 |
| Rabobank, N.A. | 2600-000 | N/A | 205.92 | 205.92 | 205.92 |
| Rabobank, N.A. | 2600-000 | N/A | 174.43 | 174.43 | 174.43 |
| Rabobank, N.A. | 2600-000 | N/A | 205.31 | 205.31 | 205.31 |
| Rabobank, N.A. | 2600-000 | N/A | 192.55 | 192.55 | 192.55 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 108.52 | 108.52 | 108.52 |
| Rabobank, N.A. | 2600-000 | N/A | 173.61 | 173.61 | 173.61 |
| Rabobank, N.A. | 2600-000 | N/A | 179.47 | 179.47 | 179.47 |
| Rabobank, N.A. | 2600-000 | N/A | 197.78 | 197.78 | 197.78 |
| Rabobank, N.A. | 2600-000 | N/A | 185.12 | 185.12 | 185.12 |
| Rabobank, N.A. | 2600-000 | N/A | 178.69 | 178.69 | 178.69 |
| Rabobank, N.A. | 2600-000 | N/A | 203.07 | 203.07 | 203.07 |
| Rabobank, N.A. | 2600-000 | N/A | 178.16 | 178.16 | 178.16 |
| Rabobank, N.A. | 2600-000 | N/A | 196.32 | 196.32 | 196.32 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 189.89 | 189.89 | 189.89 |
| Rabobank, N.A. | 2600-000 | | N/A | 165.14 | 165.14 | 165.14 |
| Rabobank, N.A. | 2600-000 | | N/A | 207.70 | 207.70 | 207.70 |
| Rabobank, N.A. | 2600-000 | | N/A | 182.95 | 182.95 | 182.95 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | | N/A | 121.05 | 121.05 | 121.05 |
| Rabobank, N.A. | 2600-000 | | N/A | 170.51 | 170.51 | 170.51 |
| Rabobank, N.A. | 2600-000 | | N/A | 194.54 | 194.54 | 194.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $45,717.81 | $45,717.81 | $45,717.81 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of the Treasury | 5800-000 | N/A | 16,437.96 | 16,437.96 | 16,437.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $16,437.96 | $16,437.96 | $16,437.96 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sub'n Teamsters of N. IL Welfare | 7100-000 | N/A | 257,382.51 | 257,382.51 | 8,913.63 |
| 2 | Sub'n Teamsters of N. IL Pension | 7100-000 | N/A | 1,256,159.00 | 1,256,159.00 | 33,397.27 |
| 3U | Department of the Treasury | 7100-000 | N/A | 4,995.50 | 4,995.50 | 173.00 |
| 4 | Avalon Petroleum Company | 7100-000 | N/A | 13,289.50 | 13,289.50 | 460.24 |
| 5 -2 | Estate of Emil D. Siebert | 7100-000 | N/A | 126,054.53 | 126,054.53 | 4,365.50 |
| 6 | Domestic Linen Supply & Laundry Co. Inc. | 7100-000 | N/A | 3,693.69 | 3,693.69 | 127.92 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 60.00 | 60.00 | 2.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Tom R. Tesinsky | 7100-000 | N/A | 5,000.00 | 5,000.00 | 173.16 |
| 9 | Elmhurst-Chicago Stone Co. | 7100-000 | N/A | 414,018.09 | 414,018.09 | 14,338.21 |
| 10 | Helen Siebert | 7100-000 | N/A | 109,469.06 | 109,469.06 | 3,791.12 |
| 11 | Bernidine Gonda | 7100-000 | N/A | 90,500.00 | 90,500.00 | 3,134.18 |
| 12 | Bernidine Gonda | 7100-000 | N/A | 90,500.00 | 0.00 | 0.00 |
| 13 | Julie Gonda | 7100-000 | N/A | 140,200.00 | 140,200.00 | 4,855.38 |
| | Sub'n Teamsters of N. IL Pension | 7100-000 | N/A | 10,105.84 | 10,105.84 | 10,105.84 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,521,427.72 | $2,430,927.72 | $83,837.53 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/07/12 (f)  
**§341(a) Meeting Date:** 01/10/13  

**Period Ending:** 06/23/16  
**Claims Bar Date:** 04/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  LOCATION: 8748 S ILLINOIS ROUTE 53 | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 2  BANK OF AMERICA | Unknown | Unknown | | 3,977.76 | FA |
| 3  CHASE BANK | 639.00 | 639.00 | | 598.74 | FA |
| 4  FIRST MIDWEST BANK/PAYROLL ACCOUNT | 1,300.00 | 1,300.00 | | 1,259.80 | FA |
| 5  ARGONNE NAT'L LAB | 6,715.13 | 6,715.13 | | 0.00 | FA |
| 6  B&B CONSTRUCTION & ESCAVATING | 2,432.27 | 2,432.27 | | 0.00 | FA |
| 7  BOYER-ROSENE STORAGE & MOVING | 423.80 | 423.80 | | 0.00 | FA |
| 8  B.K. BRICK CO | 221.93 | 221.93 | | 0.00 | FA |
| 9  CROSSROADS COMMUNITY CHURCH | 1,187.04 | 1,187.04 | | 0.00 | FA |
| 10  DOWNERS GROVE SANITARY DISTRICT | 822.33 | 822.33 | | 0.00 | FA |
| 11  GREEN GRASS, INC. | 1,280.82 | 1,280.82 | | 0.00 | FA |
| 12  HINSBROOK LANDSCAPING INC. | 135.00 | 135.00 | | 0.00 | FA |
| 13  HINSDALE GARDEN SUPPLY | 259.90 | 259.90 | | 0.00 | FA |
| 14  HINSDALE NURSERIES, INC | 3,636.65 | 3,636.65 | | 0.00 | FA |
| 15  HOME LANDSCAPTE MATERIALS IN.C | 2,247.95 | 2,247.95 | | 0.00 | FA |
| 16  HUNTER PAVING & ESCAVATING | 5,955.23 | 5,955.23 | | 0.00 | FA |
| 17  INTREN, INC. | 406.37 | 406.37 | | 0.00 | FA |
| 18  SIEVERS & STEVENS CONST CO INC. | 1,774.24 | 1,774.24 | | 0.00 | FA |
| 19  TAMELING INDUSTRIES INC. | 3,021.62 | 3,021.62 | | 0.00 | FA |
| 20  WLR INC. | 1,291.98 | 1,291.98 | | 0.00 | FA |
| 21  VILLAGE OF WESTERN SPRINGS | 788.07 | 788.07 | | 0.00 | FA |
| 22  WESTMONT WATER DEPT | 1,402.48 | 1,402.48 | | 0.00 | FA |
| 23  VILLAGE OF WILLOWBROOK | 496.80 | 496.80 | | 0.00 | FA |
| 24  YORK TOWNSHIP HWY DEPT | 800.40 | 800.40 | | 0.00 | FA |
| 25  G&G LAWN CARE | 1,467.98 | 1,467.98 | | 0.00 | FA |
| 26  ELMHURST CHICAGO STONE CO | 61,640.41 | 61,640.41 | | 0.00 | FA |
| 27  ILLINOIS BENEDICTINE UNIVERSITY | 181.60 | 181.60 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  
**Period Ending:** 06/23/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/07/12 (f)  
**§341(a) Meeting Date:** 01/10/13  
**Claims Bar Date:** 04/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | JOHNS SEWER & WATER CO | 2,813.31 | 2,813.31 | | 0.00 | FA |
| 29 | KEENAN CONCRETE | 1,212.75 | 1,212.75 | | 0.00 | FA |
| 30 | PINNACLE LAND CREATIONS | 1,030.13 | 1,030.13 | | 0.00 | FA |
| 31 | QUINCY STREET STATION | 1,630.45 | 1,630.45 | | 0.00 | FA |
| 32 | JOHN HANCOCK LIFE INS POLICY | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 33 | SECURA | Unknown | Unknown | | 11,027.00 | FA |
| 34 | POSSIBLE REFUND FROM WORKER'S COMP | Unknown | Unknown | | 0.00 | FA |
| 35 | POTENTIAL PROCEEDS FROM SALE OF NET OPERATING LO | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 36 | OFFICE FURNITURE | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 37 | FURNISHINGS/SUPPLIES/LOCATION 8748 S IL RTE 53 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 38 | TRACTORS | 110,000.00 | 110,000.00 | | 53,050.00 | FA |
| 39 | TRAILERS | 99,000.00 | 99,000.00 | | 53,050.00 | FA |
| 40 | 1996 DODGE RAM 3500 SVC TRUCK | 8,500.00 | 8,500.00 | | 6,000.00 | FA |
| 41 | 1982 GMC TIRE SVC TURCK | Unknown | Unknown | | 0.00 | FA |
| 42 | ANCILLARY TRUCK | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 43 | 1968 HOUGH 90 RUBBER TIRE LOADER | Unknown | Unknown | | 5,500.00 | FA |
| 44 | MACHINER/FIXTURES | Unknown | Unknown | | 11,530.00 | FA |
| 45 | POSSIBLE PREFERENCE ACTIONS (u) | Unknown | 0.00 | | 0.00 | FA |
| 45 | **Assets Totals** (Excluding unknown values) | **$428,015.64** | **$428,015.64** | | **$145,993.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL DISTRIBUTION SENT ON 10/27/15, REISSUED CHECKS ON 12/18/15 AND 1/14/16; AWAITING FOR CLEARANCE OF SAME TO PREPARE TDR; FINAL HEARING SET FOR 7/20/15; SENT FINAL REPORT TO US TEE ON 5/26/15; FINAL TAX RETURN BEING PREPARED; FINAL TO FOLLOW

COUNSEL EMPLOYED; AUCTIONEER EMPLOYED AND PROCEEDING TO LIQUIDATE ASSETS; PROCEEDING TO COLLECT POSSIBLE FREFERENCE ACTIONS;

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48209-BWB  **Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  **Filed (f) or Converted (c):** 12/07/12 (f)
**§341(a) Meeting Date:** 01/10/13
**Period Ending:** 06/23/16  **Claims Bar Date:** 04/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    July 16, 2015  (Actual)

Printed: 06/23/2016 08:06 PM    V.13.25

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

**Taxpayer ID #:** **-***8278  
**Period Ending:** 06/23/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/17/13 | {3} | E.D. SIEBERT TRUCKING SERVICE INC. | TURNOVER OF BANK BALANCE | 1129-000 | 598.74 | | 598.74 |
| 01/17/13 | {2} | E.D. SIEBERT TRUCKING SERVICE, INC. | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 2,994.69 | | 3,593.43 |
| 01/17/13 | {33} | SECURA INSURANCE COMPANIES | INSURANCE PROCEEDS | 1129-000 | 11,027.00 | | 14,620.43 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,610.43 |
| 02/06/13 | 101 | ROBERT WEHN & ASSOCIATES, INC. | INSURANCE /LIMITED LIABILITY | 2420-750 | | 1,272.00 | 13,338.43 |
| 02/28/13 | 102 | ROBERT WEHN & ASSOCIATES | COMPREHENSIVE AUTO THREE MONTH POLICY | 2420-750 | | 2,942.00 | 10,396.43 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.69 | 10,377.74 |
| 03/18/13 | 103 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 47.90 | 10,329.84 |
| 03/19/13 | {2} | E.D. SIEBERT TRUCKING SERVICE INC. | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 983.07 | | 11,312.91 |
| 03/19/13 | {4} | ED SIEBERT TRUCKING SERVICE | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 1,259.80 | | 12,572.71 |
| 03/28/13 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF EQUIPMENT | | 129,130.00 | | 141,702.71 |
| | {43} | | AUCTION OF 1968 HOUGH     5,500.00 | 1129-000 | | | 141,702.71 |
| | {40} | | AUCTION OF DODGE     6,000.00 | 1129-000 | | | 141,702.71 |
| | {44} | | AUCTION OF EQUIPMENT/PARTS/ETC     11,530.00 | 1129-000 | | | 141,702.71 |
| | {38} | | AUCTION OF TRACTORS     53,050.00 | 1129-000 | | | 141,702.71 |
| | {39} | | AUCTION OF TRAILERS     53,050.00 | 1129-000 | | | 141,702.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 141,686.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.37 | 141,468.97 |
| 05/09/13 | 104 | DON DODGE | EXPENSES TO AUCTIONEER | 3620-000 | | 10,374.77 | 131,094.20 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.81 | 130,894.39 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.71 | 130,718.68 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.82 | 130,511.86 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.72 | 130,324.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.20 | 130,142.94 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.92 | 129,937.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.43 | 129,762.59 |

Subtotals :  $145,993.30   $16,230.71

{} Asset reference(s)

Printed: 06/23/2016 08:06 PM    V.13.25

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  
**Taxpayer ID #:** **-***8278  
**Period Ending:** 06/23/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.31 | 129,557.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.55 | 129,364.73 |
| 02/03/14 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-48209, BOND#016026455 | 2300-000 | | 108.52 | 129,256.21 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.61 | 129,082.60 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.47 | 128,903.13 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.78 | 128,705.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.12 | 128,520.23 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.69 | 128,341.54 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.07 | 128,138.47 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.16 | 127,960.31 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.32 | 127,763.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.89 | 127,574.10 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.14 | 127,408.96 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.70 | 127,201.26 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.95 | 127,018.31 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 121.05 | 126,897.26 |
| 02/26/15 | 106 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -121.05 | 127,018.31 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 123.23 | 126,895.08 |
| 02/26/15 | 107 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -123.23 | 127,018.31 |
| 02/26/15 | 108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-48209, BOND NUMBER 10BSBGR6291 | 2300-000 | | 121.05 | 126,897.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.51 | 126,726.75 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.54 | 126,532.21 |

Subtotals :         $0.00        $3,230.38

{} Asset reference(s)                                      Printed: 06/23/2016 08:06 PM        V.13.25

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  

**Taxpayer ID #:** **-***8278  
**Period Ending:** 06/23/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/15 | 109 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $10,549.67, Trustee Compensation;  Reference: | 2100-000 | | 10,549.67 | 115,982.54 |
| 09/02/15 | 110 | Alan D. Lasko | Dividend paid 100.00% on $14,704.30, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 14,704.30 | 101,278.24 |
| 09/02/15 | 111 | Alan D. Lasko | Dividend paid 100.00% on $77.75, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 77.75 | 101,200.49 |
| 09/02/15 | 112 | Law Offices of William J. Factor | Dividend paid 100.00% on $925.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 925.00 | 100,275.49 |
| 09/02/15 | 113 | Department of the Treasury | Dividend paid 100.00% on $35,660.41; Claim# 3P; Filed: $35,660.41; Reference:<br>Voided on 10/02/15 | 5800-000 | | 35,660.41 | 64,615.08 |
| 09/02/15 | 114 | Sub'n Teamsters of N. IL Welfare | Dividend paid  2.65% on $257,382.51; Claim# 1; Filed: $257,382.51; Reference:<br>Stopped on 12/18/15 | 7100-000 | | 6,842.98 | 57,772.10 |
| 09/02/15 | 115 | Sub'n Teamsters of N. IL Pension | Dividend paid  2.65% on $1,256,159.00; Claim# 2; Filed: $1,256,159.00; Reference:<br>Stopped on 12/18/15 | 7100-000 | | 33,397.27 | 24,374.83 |
| 09/02/15 | 116 | Department of the Treasury | Dividend paid  2.65% on $14,516.75; Claim# 3U; Filed: $14,516.75; Reference:<br>Voided on 10/02/15 | 7100-000 | | 385.95 | 23,988.88 |
| 09/02/15 | 117 | Avalon Petroleum Company | Dividend paid  2.65% on $13,289.50; Claim# 4; Filed: $13,289.50; Reference: | 7100-000 | | 353.33 | 23,635.55 |
| 09/02/15 | 118 | Estate of Emil D. Siebert | Dividend paid  2.65% on $126,054.53; Claim# 5 -2; Filed: $126,054.53; Reference:<br>Stopped on 12/18/15 | 7100-000 | | 3,351.39 | 20,284.16 |
| 09/02/15 | 119 | Domestic Linen Supply & Laundry Co. Inc. | Dividend paid  2.65% on $3,693.69; Claim# 6; Filed: $3,693.69; Reference: | 7100-000 | | 98.20 | 20,185.96 |
| 09/02/15 | 120 | Illinois Department of Revenue Bankruptcy Section | Dividend paid  2.65% on $60.00; Claim# 7; Filed: $60.00; Reference: | 7100-000 | | 1.60 | 20,184.36 |
| 09/02/15 | 121 | Tom R. Tesinsky | Dividend paid  2.65% on $5,000.00; Claim# 8; Filed: $5,000.00; Reference: | 7100-000 | | 132.93 | 20,051.43 |
| 09/02/15 | 122 | Elmhurst-Chicago Stone Co. | Dividend paid  2.65% on $414,018.09; Claim# 9; Filed: $414,018.09; Reference: | 7100-000 | | 11,007.42 | 9,044.01 |
| 09/02/15 | 123 | Helen Siebert | Dividend paid  2.65% on $109,469.06; Claim# 10; Filed: $109,469.06; Reference: | 7100-000 | | 2,910.43 | 6,133.58 |
| 09/02/15 | 124 | Bernidine Gonda | Dividend paid  2.65% on $90,500.00; Claim# 11; Filed: $90,500.00; Reference: | 7100-000 | | 2,406.11 | 3,727.47 |
| 09/02/15 | 125 | Julie Gonda | Dividend paid  2.65% on $140,200.00; Claim# | 7100-000 | | 3,727.47 | 0.00 |

Subtotals :         $0.00         $126,532.21

{} Asset reference(s)                                    Printed: 06/23/2016 08:06 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.  
**Taxpayer ID #:** **-***8278  
**Period Ending:** 06/23/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 13; Filed: $140,200.00; Reference: | | | | |
| 10/02/15 | 113 | Department of the Treasury | Dividend paid 100.00% on $35,660.41; Claim# 3P; Filed: $35,660.41; Reference:<br>Voided: check issued on 09/02/15 | 5800-000 | | -35,660.41 | 35,660.41 |
| 10/02/15 | 116 | Department of the Treasury | Dividend paid 2.65% on $14,516.75; Claim# 3U; Filed: $14,516.75; Reference:<br>Voided: check issued on 09/02/15 | 7100-000 | | -385.95 | 36,046.36 |
| 10/27/15 | 126 | Department of the Treasury | Dividend paid 100.00% on $16,437.96; Claim# 3P; Filed: $16,437.96; Reference: | 5800-000 | | 16,437.96 | 19,608.40 |
| 10/27/15 | 127 | Sub'n Teamsters of N. IL Welfare | Dividend paid 3.46% on $257,382.51; Claim# 1; Filed: $257,382.51; Reference:<br>Stopped on 01/13/16 | 7100-000 | | 2,070.65 | 17,537.75 |
| 10/27/15 | 128 | Sub'n Teamsters of N. IL Pension | Dividend paid 3.46% on $1,256,159.00; Claim# 2; Filed: $1,256,159.00; Reference:<br>Stopped on 01/13/16 | 7100-000 | | 10,105.84 | 7,431.91 |
| 10/27/15 | 129 | Department of the Treasury | Dividend paid 3.46% on $4,995.50; Claim# 3U; Filed: $4,995.50; Reference: | 7100-000 | | 173.00 | 7,258.91 |
| 10/27/15 | 130 | Avalon Petroleum Company | Dividend paid 3.46% on $13,289.50; Claim# 4; Filed: $13,289.50; Reference: | 7100-000 | | 106.91 | 7,152.00 |
| 10/27/15 | 131 | Estate of Emil D. Siebert | Dividend paid 3.46% on $126,054.53; Claim# 5 -2; Filed: $126,054.53; Reference:<br>Voided on 12/06/15 | 7100-000 | | 1,014.11 | 6,137.89 |
| 10/27/15 | 132 | Domestic Linen Supply & Laundry Co. Inc. | Dividend paid 3.46% on $3,693.69; Claim# 6; Filed: $3,693.69; Reference: | 7100-000 | | 29.72 | 6,108.17 |
| 10/27/15 | 133 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 3.46% on $60.00; Claim# 7; Filed: $60.00; Reference: | 7100-000 | | 0.48 | 6,107.69 |
| 10/27/15 | 134 | Tom R. Tesinsky | Dividend paid 3.46% on $5,000.00; Claim# 8; Filed: $5,000.00; Reference: | 7100-000 | | 40.23 | 6,067.46 |
| 10/27/15 | 135 | Elmhurst-Chicago Stone Co. | Dividend paid 3.46% on $414,018.09; Claim# 9; Filed: $414,018.09; Reference: | 7100-000 | | 3,330.79 | 2,736.67 |
| 10/27/15 | 136 | Helen Siebert | Dividend paid 3.46% on $109,469.06; Claim# 10; Filed: $109,469.06; Reference: | 7100-000 | | 880.69 | 1,855.98 |
| 10/27/15 | 137 | Bernidine Gonda | Dividend paid 3.46% on $90,500.00; Claim# 11; Filed: $90,500.00; Reference: | 7100-000 | | 728.07 | 1,127.91 |
| 10/27/15 | 138 | Julie Gonda | Dividend paid 3.46% on $140,200.00; Claim# 13; Filed: $140,200.00; Reference: | 7100-000 | | 1,127.91 | 0.00 |
| 12/06/15 | 131 | Estate of Emil D. Siebert | Dividend paid 3.46% on $126,054.53; Claim# 5 -2; Filed: $126,054.53; Reference:<br>Voided: check issued on 10/27/15 | 7100-000 | | -1,014.11 | 1,014.11 |

Subtotals :    $0.00    $-1,014.11

{} Asset reference(s)

Printed: 06/23/2016 08:06 PM    V.13.25

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-48209-BWB  
**Case Name:** E.D. SIEBERT TRUCKING SERVICE, INC.

**Taxpayer ID #:** **-***8278  
**Period Ending:** 06/23/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/18/15 | 114 | Sub'n Teamsters of N. IL Welfare | Dividend paid 2.65% on $257,382.51; Claim# 1; Filed: $257,382.51; Reference: Stopped: check issued on 09/02/15 | 7100-000 | | -6,842.98 | 7,857.09 |
| 12/18/15 | 115 | Sub'n Teamsters of N. IL Pension | Dividend paid 2.65% on $1,256,159.00; Claim# 2; Filed: $1,256,159.00; Reference: Stopped: check issued on 09/02/15 | 7100-000 | | -33,397.27 | 41,254.36 |
| 12/18/15 | 118 | Estate of Emil D. Siebert | Dividend paid 2.65% on $126,054.53; Claim# 5 -2; Filed: $126,054.53; Reference: Stopped: check issued on 09/02/15 | 7100-000 | | -3,351.39 | 44,605.75 |
| 12/18/15 | 139 | Estate of Emil D. Siebert | DIVIDEND PAID 2.65% | 7100-000 | | 1,014.11 | 43,591.64 |
| 12/18/15 | 140 | Estate of Emil D. Siebert | DIVIDEND PAID 2.65% | 7100-000 | | 3,351.39 | 40,240.25 |
| 01/13/16 | 127 | Sub'n Teamsters of N. IL Welfare | Dividend paid 3.46% on $257,382.51; Claim# 1; Filed: $257,382.51; Reference: Stopped: check issued on 10/27/15 | 7100-000 | | -2,070.65 | 42,310.90 |
| 01/13/16 | 128 | Sub'n Teamsters of N. IL Pension | Dividend paid 3.46% on $1,256,159.00; Claim# 2; Filed: $1,256,159.00; Reference: Stopped: check issued on 10/27/15 | 7100-000 | | -10,105.84 | 52,416.74 |
| 01/13/16 | 141 | Sub'n Teamsters of N. IL Welfare and Pension Funds | dividend paid | 7100-000 | | 6,842.98 | 45,573.76 |
| 01/13/16 | 142 | Sub'n Teamsters of N. IL Pension | dividend paid | 7100-000 | | 33,397.27 | 12,176.49 |
| 01/13/16 | 143 | Sub'n Teamsters of N. IL Welfare & Pension Funds | dividend paid | 7100-000 | | 2,070.65 | 10,105.84 |
| 01/13/16 | 144 | Sub'n Teamsters of N. IL Pension | dividend paid Stopped on 03/01/16 | 7100-000 | | 10,105.84 | 0.00 |
| 03/01/16 | 144 | Sub'n Teamsters of N. IL Pension | dividend paid Stopped: check issued on 01/13/16 | 7100-000 | | -10,105.84 | 10,105.84 |
| 03/01/16 | 145 | Sub'n Teamsters of N. IL Pension | dividend paid | 7100-000 | | 10,105.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 145,993.30 | 145,993.30 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 145,993.30 | 145,993.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$145,993.30** | **$145,993.30** | |

{} Asset reference(s)      Printed: 06/23/2016 08:06 PM    V.13.25

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 12-48209-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | E.D. SIEBERT TRUCKING SERVICE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***8278 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/23/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 145,993.30 | | | | | |
| | | ─────────── | | | | | |
| | | Net Estate : $145,993.30 | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******9266 | 145,993.30 | 145,993.30 | 0.00 |
| | $145,993.30 | $145,993.30 | $0.00 |

{} Asset reference(s)               Printed: 06/23/2016 08:06 PM    V.13.25